AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

09-22535-CIV-HOEVELER
MAGISTRATE JUDGE
GARBER

PYSTAR CORPORATION )
Plaintiff )
v. ) Civil Action No.
APPLE INC. )
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* APPLE INC.
CT Corporation System
1200 South Pine Island Road
Plantation, Florida 33324

FILED BY _MB_ D.C.

AUG 27 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

K.A.D. Camara
Camara & Sibley LLP
2339 University Blvd.
Houston, TX 77598

Alex D. Weisberg
Weisberg & Meyers LLC
9369 Sheridan Street, Ste. 656
Cooper City, FL 33024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore
*CLERK OF COURT*

Date: 8/27/09

*Signature of Clerk or Deputy Clerk*