# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  09-22535-CIV-HOEVELER/GARBER

PSYSTAR CORPORATION

    Plaintiff,

v.

APPLE INC.,

    Defendant.

### STIPULATION AND NOTICE OF DISMISSAL WITH PREJUDICE

The parties agree and stipulate that, pursuant to Fed. R. Civ. P. 41(a), this action shall be, and is, dismissed with prejudice.  The parties further stipulate that each party shall bear their own attorneys' fees and costs.

Dated: June 27, 2012

Respectfully submitted,

s/ Paul M. Botros

**The Botros Law Firm, P.A.**
Paul M. Botros
1101 Brickell Avenue
North Tower, Suite 1101
Miami, Florida  33131
Telephone:    (305) 741-2644
Facsimile:    (305) 946-2440
*Counsel for Psystar Corporation*

- and -

**Camara & Sibley LLP**
K.A.D. Camara
2339 University Boulevard
Houston, TX 77005
Telephone:    (713) 839-7973
Facsimile:    (713) 583-1131
*Co-Counsel for Plaintiff Psystar Corp.*

- and -

s/ Harry R. Schafer

**Kenny Nachwalter, P.A.**
Richard Alan Arnold (Fla. Bar No. 196643)
William J. Blechman (Fla. Bar No. 379281)
Harry R. Schafer (Fla. Bar No. 508667)
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131-4327
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
*Counsel for Defendant Apple Inc.*

## CERTIFICATE OF SERVICE

**I hereby certify** that on June 27, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Harry R. Schafer

# SERVICE LIST
## PSYSTAR CORPORATION V. APPLE, INC.
### CASE NO. 09-22535-CIV–HOEVELER/BANDSTRA
### U.S. DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

K.A.D. Camara, Esq.
camara@camarasibley.com
CAMARA & SIBLEY LLP
2800 Post Oak Boulevard
Suite 5220
Houston, TX  77056
Telephone:     (713) 966-6789
Facsimile:      (713) 583-1131
*Counsel for Plaintiff Psystar Corporation*
*[Via U.S. Mail]*

Alexander Daniel Weisberg , Esq.
Aaron D. Radbil, Esq.
aweisberg@attorneysforconsumers.com
aradbil@attorneysforconsumer.com
WEISBERG & MEYERS LLC
5722 S Flamingo Road
Suite 656
Cooper City, FL 33330
Telephone:     (954) 337-1885
Facsimile:      (866) 577-0963
*Counsel for Plaintiff Psystar Corporation*
*[Via CM/ECF]*

Paul M. Botros, Esq.
THE BOTROS LAW FIRM, P.A.
1101 Brickell Avenue
North Tower, Suite 1101
Miami, Florida  33131
Telephone:     (305) 741-2644
Facsimile:      (305) 946-2440
*Counsel for Psystar Corporation*
*[Via CM/ECF]*

Richard Alan Arnold (Fla. Bar No. 196643)
rarnold@knpa.com
William J. Blechman, Esq. (Fla. Bar No. 379281)
wblechman@knpa.com
Harry R. Schafer, Esq. (Fla. Bar No. 508667)
hschafer@knpa.com
KENNY NACHWALTER, P.A.
201 South Biscayne Blvd.
Suite 1100
Miami, FL 33131-4327
Telephone:     (305) 373-1000
Facsimile:      (305) 372-1861
*Counsel for Defendant Apple Inc.*
*[Via CM/ECF]*